UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

Paid
#385147

IN RE:                                              CASE NO.   08-12515-BKC-RAM
MANUEL ANGEL CASTILLO

APR 16 2010

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $    .04  remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $    .00   remaining in her bank account which represents small dividends as defined by FRBP 3010.

   Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

   WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date:    4/15/10

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

MANUEL ANGEL CASTILLO
9325 NW 121 STREET
HIALEAH, FL 33018

MICHAEL A. FRANK, ESQUIRE
UNION PLANTERS BNK BLDG #620
10 NW LEJEUNE RD
MIAMI, FL 33126-5431

HSBC MORTGAGE SERVICES
PO BOX 9068
BRANDON, FL 33509

HSBC MORTGAGE SERVICES
PO BOX 9068
BRANDON, FL 33509

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.   08-12515-BKC-RAM
MANUEL ANGEL CASTILLO


CHAPTER 13


MANUEL ANGEL CASTILLO

9325 NW 121 STREET
HIALEAH, FL 33018


MICHAEL A. FRANK, ESQUIRE
UNION PLANTERS BNK BLDG #620
10 NW LEJEUNE RD
MIAMI, FL 33126-5431

HSBC MORTGAGE SERVICES          ---------$              .03
PO BOX 9068                          UNDELIVERABLE/STALE
BRANDON, FL 33509                    CLAIM REGISTER#  2


HSBC MORTGAGE SERVICES          ---------$              .01
PO BOX 9068
BRANDON, FL 33509                    UNDELIVERABLE/STALE
                                     CLAIM REGISTER#  0


U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130